# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR W. WELSHANS, | No. 4:16-cv-02297 |
| Plaintiff, | (Judge Brann) |
| v. | |
| JEFFERSON B. SESSIONS[1], *Attorney General of the United States*, CHRISTOPHER WRAY,[2] *Director of the Federal Bureau of Investigation*, COLONEL TYREE C. BLOCKER, *Pennsylvania State Police Commissioner*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 5th day of March 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Motion to Dismiss the complaint filed by Defendants Jefferson B. Sessions and Christopher Wray, June 9, 2017, ECF No. 16, is GRANTED in part and DENIED in part. It is granted to the extent the Plaintiff seeks a declaratory judgment and/or injunction expunging his

---

[1] The Complaint named Loretta Lynch, however, Jefferson B. Sessions became Attorney General of the United States on February 9, 2017; therefore, pursuant to Fed. R. Civ. P. 25(d), Jefferson B. Sessions is automatically substituted.

[2] The Complaint named Andrew G. Mccabe, however, Christopher Wray became Director of the FBI on August 2, 2017; therefore, pursuant to Fed. R. Civ. P. 25(d), Christopher Wray is automatically substituted.

state record of a 1999 involuntary commitment. It is otherwise DENIED.

2. The Motion for Judgment on the Pleadings filed by Defendant Tyree C. Blocker, July 10, 2017, ECF No. 28 is GRANTED. The action is dismissed as to this Defendant.

3. The Clerk of Court is directed to enter judgment in favor of Colonel Tyree C. Blocker, Pennsylvania State Police Commissioner and against Plaintiff.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge